# Court of Appeals
# of the State of Georgia

ATLANTA,  March 06, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1058.  BRENDA N. WRIGHT v. CRYSTAL JONES JUDD.

In this civil action, defendant Brenda Wright appeals the trial court's order domesticating a South Carolina judgment in favor of plaintiff Crystal Judd in the amount of $5,790.00.  We lack jurisdiction.

Appeals in actions for damages in which the judgment is $10,000.00 or less must be initiated by filing an application for discretionary review.  OCGA § 5-6-35 (a) (6), (b); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998).  A foreign judgment domesticated by a Georgia trial court has the same effect as if it had been issued by the Georgia court.  OCGA § 9-12-132; *Arrowhead Alternator, Inc. v. CIT Communications Finance Corp.*, 268 Ga. App. 464, 465 (602 SE2d 231) (2004).  Consequently, to appeal the trial court's order in this case, Wright was required to file an application for discretionary review.  Cf. *Okekpe v. Commerce Funding Corp.*, 218 Ga. App. 705, 706 (463 SE2d 23) (1995) (a discretionary application is required to appeal the denial of a motion to set aside a domesticated foreign judgment).  Wright's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.  See *Jennings*, 235 Ga. App. at 357.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/06/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*